SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

DEC 1 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) 2:09-CR-0532 WBS |
| v. | ) ORDER TO SEAL |
| EDWARD DEWAYNE TEAYS, | ) (UNDER SEAL) |
| Defendants. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 12-17-09

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1