FILED
December 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-09-0532-WBS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| EDWARD DEWAYNE TEAYS, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EDWARD DEWAYNE TEAYS, Case No. CR.S-09-0532-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___   Release on Personal Recognizance

　　_X_   Bail Posted in the Sum of: $25,000.00

　　　　_X_   Unsecured Appearance Bond

　　　　___   Appearance Bond with Surety

　　　　_X_   (Other) Conditions as stated on the record.

　　　　___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   12/22/09   at  3:01 pm

By _____
Edmund F. Brennan
United States Magistrate Judge