DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD DEWAYNE TEAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0532 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| EDWARD DEWAYNE TEAYS, ) | |
| Defendant. ) | Date: January 11, 2010 |
| ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for January 11, 2010, be vacated and the case continued until March 8, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel to receive and review discovery, receipt of which is expected today or tomorrow, and to consult with Mr. Teays about various aspects of defense preparation and possible resolution of this case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until March

1  8, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-
2  4, for defense preparation.
3      **IT IS SO STIPULATED.**
4
5  Dated: January 7, 2010              /S/ Kyle Reardon
                                       KYLE REARDON
6                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
7
8  Dated: January 7, 2010              /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
9                                      Assistant Federal Defender
                                       Attorney for Defendant
10                                     EDWARD DEWAYNE TEAYS
11
12
13                            **O R D E R**
14     **IT IS SO ORDERED.**
15                  By the Court,
16
17 Dated:  January 8, 2010
18                    _____
                      WILLIAM B. SHUBB
19                    UNITED STATES DISTRICT JUDGE