```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EDWARD DEWAYNE TEAYS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD DEWAYNE TEAYS,<br><br>        Defendant.<br>_____ | No. 2:09-cr-0532 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  March 8, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for March 8, 2010, be vacated and the case continued until April 12, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit discussion between counsel of possible resolution of the case and to consult further with Mr. Teays about various aspects of defense preparation and possible resolution of this case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April

1  12, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code
2  T-4, for defense preparation.
3  **IT IS SO STIPULATED.**
4
5  Dated: March 4, 2010                /S/ Kyle Reardon
                                       KYLE REARDON
6                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
7
8  Dated: March 4, 2010                /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
9                                      Assistant Federal Defender
                                       Attorney for Defendant
10                                     EDWARD DEWAYNE TEAYS
11
12
13                              **O R D E R**
14     **IT IS SO ORDERED.**
15                    By the Court,
16
17 Dated:  March 4, 2010
18                       _____William B. Shubb_____
                         WILLIAM B. SHUBB
19                       UNITED STATES DISTRICT JUDGE