1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EDWARD DEWAYNE TEAYS

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:09-cr-0532 WBS
                                    )
12              Plaintiff,          )
                                    )  STIPULATION AND [~~PROPOSED~~] ORDER
13      v.                          )  VACATING DATE, CONTINUING CASE
                                    )  AND EXCLUDING TIME
14 EDWARD DEWAYNE TEAYS,            )
                                    )
15              Defendant.          )  Date:  April 12, 2010
                                    )  Time:  8:30 a.m.
16 _____  )  Judge: Hon. William B. Shubb

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal

20 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

21 conference scheduled for April 12, 2010, be vacated and the case

22 continued until May 17, 2010, at 8:30 a.m. for further status

23 conference. This continuance is sought to permit further discussion

24 between counsel of possible resolution of the case and to consult

25 further with Mr. Teays about various aspects of defense preparation and

26 possible resolution of this case.

27      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28 Trial Act be excluded from the filing of this stipulation until May 17,

2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4,

for defense preparation.

**IT IS SO STIPULATED.**


Dated: April 9, 2010                    /S/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Counsel for Plaintiff


Dated: April 9, 2010                    /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        EDWARD DEWAYNE TEAYS




**O R D E R**

**IT IS SO ORDERED.**

                    By the Court,


Dated:  April 9, 2010


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE