```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EDWARD DEWAYNE TEAYS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD DEWAYNE TEAYS,<br><br>　　　　　Defendant.<br>_____ | No. 2:09-cr-0532 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:　May 12, 2010<br>Time:　8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for May 17, 2010, be vacated and the case continued until June 28, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit further discussion between counsel of possible resolution of the case and to consult further with Mr. Teays about various aspects of defense preparation and possible resolution of this case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until June

28, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4, for defense preparation.

**IT IS SO STIPULATED.**

Dated: May 14, 2010          /S/ Kyle Reardon
                             KYLE REARDON
                             Assistant U.S. Attorney
                             Counsel for Plaintiff

Dated: May 14, 2010          /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             EDWARD DEWAYNE TEAYS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  May 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE