1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   EDWARD DEWAYNE TEAYS

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )  No. 2:09-cr-0532 WBS
                                   )
12            Plaintiff,           )
                                   )  STIPULATION AND [~~PROPOSED~~] ORDER
13      v.                         )  VACATING DATE, CONTINUING CASE
                                   )  AND EXCLUDING TIME
14 EDWARD DEWAYNE TEAYS,           )
                                   )
15            Defendant.           )  Date:  June 28, 2010
                                   )  Time:  8:30 a.m.
16 _____ )  Judge: Hon. William B. Shubb

18      **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal
20 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
21 conference scheduled for June 28, 2010, be vacated and the case
22 continued until July 19, 2010, at 8:30 a.m. for further status
23 conference. This continuance is sought to permit further discussion
24 between counsel of possible resolution of the case and to consult
25 further with Mr. Teays about various aspects of defense preparation and
26 possible resolution of this case.
27      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
28 Trial Act be excluded from the filing of this stipulation until July

1  19, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code
2  T-4, for defense preparation.
3      **IT IS SO STIPULATED.**
4
5  Dated: June 25, 2010                    /S/ Kyle Reardon
                                           KYLE REARDON
6                                          Assistant U.S. Attorney
                                           Counsel for Plaintiff
7
8  Dated: June 25, 2010                    /S/ Jeffrey L. Staniels
                                           JEFFREY L. STANIELS
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         EDWARD DEWAYNE TEAYS
11
12
13                              **O R D E R**
       **IT IS SO ORDERED.**
14
                     By the Court,
15
16
   Dated:  June 25, 2010
17
                          _____
18                        WILLIAM B. SHUBB
19                        UNITED STATES DISTRICT JUDGE