```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDWARD DEWAYNE TEAYS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-0532 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME** |
| EDWARD DEWAYNE TEAYS, | |
| Defendant. | Date:  September 20, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for September 20, 2010, be vacated and the case continued until December 6, 2010, at 8:30 a.m. for further status conference. This continuance is sought due to the unavailability of government counsel due to family matters and the need to permit time for further discussion between counsel of possible resolution of the case when government counsel becomes available, and to consult further with Mr. Teays about various aspects of defense preparation and possible resolution of this case.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act be excluded from the filing of this stipulation until
3 December 6, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv),
4 Local code T-4, for defense preparation.

5 **IT IS SO STIPULATED.**

7 Dated: September 16, 2010          /S/ Kyle Reardon
                                     KYLE REARDON
8                                    Assistant U.S. Attorney
                                     Counsel for Plaintiff

10 Dated: September 16, 2010         /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   EDWARD DEWAYNE TEAYS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  September 16, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE