DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD DEWAYNE TEAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0532 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **VACATING DATE, CONTINUING CASE** |
| ) | **AND EXCLUDING TIME** |
| EDWARD DEWAYNE TEAYS, ) | |
| ) | |
| Defendant. ) | Date:  December 6, 2010 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for December 6, 2010, be vacated and the case continued until January 10, 2011, at 8:30 a.m. for entry of plea. This continuance is sought due to a scheduling oversight by defense counsel, pre-existing holiday plans, and the need to finalize client consultation concerning resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until January 10, 2011, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code

T-4, for defense preparation.

**IT IS SO STIPULATED.**


Dated: December 3, 2010          /S/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated: December 3, 2010          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 EDWARD DEWAYNE TEAYS


**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Dated:  December 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE