```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD DEWAYNE TEAYS,<br><br>    Defendant. | Cr. No. 2:09-CR-0532 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Time: 9:00 am<br>Date: Monday, January 10, 2011<br>Court: Hon. William B. Shubb, Jr. |

The parties appeared before the Court on Monday, January 10, 2011.  At that time, the defendant entered a guilty plea to count two of the indictment, charging him with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).  C.R. 31. The Court ordered sentencing on count two to occur on March 28, 2011.  Id.

At the change of plea, the United States expressed its intent to proceed with the remaining count in the indictment; however, the parties were ordered to return on the sentencing date for further status and no dates particular to count one were set.  The parties neglected to seek and the court did not order

1

an exclusion of the calculation of time under the Speedy Trial Act for count one.

Accordingly, the parties believe that the time from the entry of the change of plea to count two through sentencing on count two should be excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. In particular, as stated by defense counsel at the change of plea, the decision about how proceed with the remaining count in the indictment may be impacted by the ultimate disposition of count one. Consequently, the parties believe that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 25, 2011     By:   /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant U.S. Attorney


DATED: January 25, 2011     By:   /s/ Kyle Reardon for
                                  JEFF STANIELS
                                  Attorney for the Defendant

**ORDER**

As it concerns count one in case number 2:09-CR-0532 WBS, the time beginning January 10, 2011, and extending to the judgment and sentencing date for count two in case number 2:09-CR-0532 WBS, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: January 25, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE