DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD DEWAYNE TEAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD DEWAYNE TEAYS,<br><br>　　　　　Defendant. | No. 2:09-cr-0532 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE**<br><br>Date:　April 18, 2011<br>Time:　8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the sentencing date now scheduled for April 18, 2011, be vacated and the case continued until May 9, 2011, at 8:30 a.m. for sentencing. This continuance is sought in order to permit receipt of certain records pertinent to Mr. Teays' history and characteristics which the holder erroneously thought were not subject to disclosure; the receipt of letters supporting Mr. Teays, and the completion of a sentencing memorandum including reference to these materials.

1 | **IT IS SO STIPULATED.**

3 | Dated: April 12, 2011                    /S/ Kyle Reardon
                                             KYLE REARDON
4 |                                          Assistant U.S. Attorney
                                             Counsel for Plaintiff

6 | Dated: April 12, 2011                    /S/ Jeffrey L. Staniels
                                             JEFFREY L. STANIELS
7 |                                          Assistant Federal Defender
                                             Attorney for Defendant
8 |                                          EDWARD DEWAYNE TEAYS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  April 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE