DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EDWARD DEWAYNE TEAYS




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-0532 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE** |
| v. | ) ) | |
| EDWARD DEWAYNE TEAYS, | ) ) | Date:   July 18, 2011 |
| Defendant. | ) ) | Time:   8:30 a.m. |
| _____ | ) | Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the sentencing date now scheduled for July 18, 2011, be vacated and the case continued until August 8, 2011, at 8:30 a.m. for sentencing. This continuance is sought in order to permit the completion of a sentencing memorandum which has been delayed due to defense counsel's attention to personal matters which prevented completion in accordance with the July

1  18, 2011 schedule.

2        **IT IS SO STIPULATED.**

3

4  Dated: July 14, 2011          /S/ Kyle Reardon
                                  KYLE REARDON
5                                 Assistant U.S. Attorney
                                  Counsel for Plaintiff
6

7  Dated: July 14, 2011          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
8                                 Assistant Federal Defender
                                  Attorney for Defendant
9                                 EDWARD DEWAYNE TEAYS

10

11                      **O R D E R**

12      **IT IS SO ORDERED.**

13                      By the Court,

14

15

16  Dated:  July 15, 2011

17

18              WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28