DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD DEWAYNE TEAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>EDWARD DEWAYNE TEAYS,<br><br>     Defendant.<br>_____ | No. 2:09-cr-0532 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE**<br><br>Date:  September 19, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the sentencing date now scheduled for September 19, 2011, be vacated and the case continued until November 7, 2011, at 8:30 a.m. for sentencing.

This continuance is sought in order to permit the completion of a sentencing memorandum including a response to the government's sentencing memorandum filed and received yesterday, September 14, 2011.

1    The November date is requested after consultation between counsel
2 and with the court's deputy clerk about available dates and in light of
3 counsel's availability and schedules.
4    **IT IS SO STIPULATED.**
5
6 Dated: September 15, 2011        /S/ Kyle Reardon
                                    KYLE REARDON
7                                   Assistant U.S. Attorney
                                    Counsel for Plaintiff
8
9 Dated: September 15, 2011        /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  EDWARD DEWAYNE TEAYS
12
13
                           **O R D E R**
14
     **IT IS SO ORDERED.**
15
              By the Court,
16
17
18 Dated:   September 16, 2011
19                    _____
20                    WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28