```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
    (916) 554-2900 FAX
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,       ) CASE NO. 2:09-CR-0532 WBS
12                                  )
                     Plaintiff,     )
13                                  )
    v.                              ) MOTION TO DISMISS INDICTMENT
14                                  ) AND [PROPOSED] ORDER DISMISSING
    EDWARD DEWAYNE TEAYS,           ) INDICTMENT
15                                  )
                     Defendant.     )
16                                  )
                                    )
17
18       Pursuant to Rule 48(a) of the Federal Rules of Criminal
19  Procedure, Plaintiff, United States of America, by and through its
20  undersigned attorney, hereby files this motion and proposed order
21  dismissing Count One of the pending indictment against the defendant
22  in the above-captioned matter.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

In the event the Court grants the United States' motion, the government asks that the status conference set for Monday, February 27, 2012, be vacated.

DATED: February 24, 2012        By:   Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Kyle Reardon
                                      KYLE REARDON
                                      Assistant United States Attorney

**O R D E R**

The United States' motion to dismiss Count One of the pending indictment in case number 2:10-CR-0532 WBS is granted.  The status conference set for Monday, February 27, 2012, at 9:30 a.m. is vacated.

APPROVED AND SO ORDERED.

Dated: February 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE